25.2816

## LETTER TO THE CHIEF JUDGE – U.S. District Court, District of Minnesota:

**Donald Gerard Sauve**
Pro Se Litigant
2026 Hwy 23, Mora MN 55051
Email: unavailable
Phone: 320.630.8143
Date: 6/6/25

RECEIVED

JUL 10 2025 BY MAIL

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Hon. Chief Judge Patrick J. Schiltz**
United States District Court – District of Minnesota
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

**RE: Urgent Judicial Intervention Requested – Emergency Relief Blocked and Hearing Removed Without Cause**
**Related Matter:** Sauve v. State of Minnesota et al., USDC – District of Minnesota

**Dear Chief Judge Schiltz,**

I write to you in my capacity as a **pro se, disabled, and vulnerable adult litigant** in a federal civil rights matter presently before the District of Minnesota. This letter is respectfully submitted to request **your immediate attention and administrative intervention** regarding what appears to be a **complete procedural breakdown** in my case, accompanied by **life-endangering consequences.**

On or about March 15th, my case was assigned to the Hon. Judge Jerry W. Blackwell. A hearing was properly noticed, briefed, and scheduled — yet was **administratively removed without judicial order, notice, or explanation.** To date, no replacement hearing has been scheduled. This has left me **homeless, cut off from my children, deprived of life-sustaining medical access, and unable to protect critical evidence now at risk of destruction.**

The case concerns:

- **Deprivation of property rights and unlawful seizure** under color of state law (42 U.S.C. § 1983),
- **Violations of the Americans with Disabilities Act (ADA)** (42 U.S.C. § 12132),
- **Judicial obstruction and denial of access to redress** protected under the First and Fourteenth Amendments,



SCANNED
JUL 10 2025
U.S. DISTRICT COURT MPLS

- And the destruction and tampering of evidence in active litigation, potentially rising to the level of **federal criminal violations** under 18 U.S.C. §§ 1512, 1505.

I have attempted to comply fully with all court procedures and timelines, including emergency filings, appellate coordination, and ongoing submission of verified documents. However, the administrative breakdown of a scheduled hearing — and the failure to address the irreparable consequences arising from that inaction — has placed my life in grave danger.

I respectfully request the following:

1. **Administrative review and reinstatement of my right to be heard** in open court, including re-scheduling of the previously noticed hearing;
2. **Immediate judicial oversight** of the violations I am enduring at the state and local level;
3. **Protection of all evidence** currently at risk within the premises of my lawful property;
4. **Emergency relief** to restore access to my residence, my children, and my medical devices.

I have submitted updated motions and a verified emergency addendum to Judge Blackwell. I respectfully ask that you intervene to ensure that my matter does not fall through the cracks of administrative silence or become another instance of system-enabled injustice.

This is no longer a matter of mere civil dispute — it is a matter of **life, law, and liberty**.

With the utmost respect,

**/s/ Donald Gerard Sauve**
Pro Se Plaintiff
U.S. District Court – District of Minnesota