25cv2816PJS/LIB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
**ADA Accommodation Packet (Joint Service to State and Federal Courts)**

I, **Donald Gerard Sauvé**, hereby certify that on **July 6, 2025**, I served true and correct copies of the **ADA Accommodation Packet**, submitted in support of pending disability accommodation motions and judicial access protections in both state and federal courts.

## The Packet Includes:

1. ADA Accommodation Request Letter

2. Motion for ADA Accommodations and Access Protection

3. Medical Documentation – Exhibits A–C
   – Welia Health Records
   – Dr. Schwinghamer Letter
   – Dr. Voelker Letter
   – Homeless Verification Letter

4. Declaration of Authenticity and Medical Summary

5. ADA Notice and Declaration of Disability



RECEIVED BY MAIL
JUL 1 0 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## Served via U.S. Registered Mail and/or Personal Delivery to:

- **Clerk of Court**
  U.S. District Court – District of Minnesota
  Diana E. Murphy U.S. Courthouse
  300 South Fourth Street, Suite 202
  Minneapolis, MN 55415

- **Hon. Judge Jerry W. Blackwell**
  U.S. District Court – District of Minnesota
  Same address as above

- **Hon. Chief Judge Patrick J. Schiltz**
  U.S. District Court – District of Minnesota
  300 South Fourth Street, Suite 202
  Minneapolis, MN 55415

- **Clerk of Appellate Courts**
  Minnesota Judicial Center
  25 Rev. Dr. Martin Luther King Jr. Blvd.
  St. Paul, MN 55155

SCANNED
JUL 1 0 2025
U.S. DISTRICT COURT MPLS

I declare under penalty of perjury under the laws of the United States and the State of Minnesota that the foregoing is true and correct.

Executed on **July 6, 2025**.

Respectfully submitted,
**/s/ Donald Gerard Sauvé**
2026 Hwy 23
Mora, MN 55051
Phone: (320) 630-8143