UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DONALD GERARD SAUVE,                          Case No. 25-CV-2816 (PJS/LIB)

            Plaintiff,

v.                                                              ORDER

HALEY MARIE SAUVE, et al.,

            Defendants.

Plaintiff Donald Sauve initiated this action and sought leave to proceed *in forma pauperis*. That motion is currently pending review pursuant to 28 U.S.C. § 1915. In the meantime, Sauve has submitted a large volume of filings. Most recently, he sent a large package directly to the undersigned which appears to consist entirely of documents from his earlier state- and federal-court cases as well as other miscellaneous non-legal materials. The Court will not docket these materials, but will maintain the paper copies in its files. In the meantime, given the burdensomely voluminous and repetitive nature of Sauve's submissions, the Court will prohibit him from filing any further materials until further order of the Court.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. The Court will not accept any further filings from plaintiff until further order of the Court.

2. While this order is in effect, the Clerk of Court is directed to return to plaintiff any documents he submits for filing.

Dated: August 7, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court