**Date:** October 12, 2025
**From:** Donald Gerard Sauvé — Pro Se Litigant / ADA Participant
2026 Highway 23 Mora, MN 55051
ADA Tel: (320) 630-8143

**To:**

RECEIVED BY MAIL

OCT 2 9 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

---

**Re: ADA Enforcement and Coordinated Judicial Action - A Request for Fairness and Feasibility**

Dear

Thank you for your service to the people of Minnesota and for the integrity you bring to your office. I am writing in the spirit of partnership, not protest—to ensure that Minnesota's justice system continues to model fairness, access, and compassion.

Across the state, peer courts and agencies have already adopted simple ADA communication measures - such as confirming filings and hearing dates by telephone - to make sure disabled litigants receive equal access to due process. These small accommodations work; they protect health, reduce confusion, and demonstrate that our system keeps faith with every citizen it serves.

I respectfully request that your office:

1. Acknowledge the attached **Omnibus Motion for ADA Enforcement and Stay of Enforcement**;

2. Ensure telephone confirmation of any hearings or orders to **(320) 630-8143**; and

3. Help coordinate inter-court understanding so that procedural fairness is consistent across jurisdictions.

We are all on the same side of this principle. Your court, like many others, has a reputation for balance and humanity. Upholding ADA-compliant communication is an opportunity to reaffirm that reputation and set a model for statewide practice.

Thank you for taking the time to read this letter and for the consideration you give to accessibility and justice. I look forward to continuing this dialogue and to working cooperatively toward positive resolution of these matters.

Your timely administrative leadership will demonstrate Minnesota's continuing commitment to equal justice under law and to the spirit of Tennessee v. Lane (541 U.S. 509 (2004)).

With respect and appreciation,
/s/ Donald Gerard Sauvé *Mr Don Sauvé*

2026 Hwy 23 Mora MN 55051
Pro Se Litigant — All Rights Reserved
ADA Tel: (320) 630-8143

SCANNED

OCT 2 9 2025

U.S. DISTRICT COURT MPLS