**STATE OF MINNESOTA — DISTRICT COURT – TENTH JUDICIAL DISTRICT / FAMILY COURT DIVISION**
**MINNESOTA COURT OF APPEALS / MINNESOTA SUPREME COURT / U.S. DISTRICT COURT – DISTRICT OF MINNESOTA**
(Applies to all related cases: 33-FA-21-86; 33-CR-23-86; 33-FA-23-111; A25-____; 0:24-cv-02098-PJS-DTS; 0:24-cv-02209-PJS-DTS; and all related appellate or administrative matters)

---

## OMNIBUS CERTIFICATE OF SERVICE

I, **Donald Gerard Sauvé**, hereby certify under penalty of perjury that on this **16th day of October, 2025**, I served true and correct copies of the following documents:

> **"NOTICE OF ADA TOLLING, CONSTRUCTIVE CONTINUANCE, AND DEMAND FOR COMPLIANCE HEARING,"**
> together with accompanying **cover letters, affidavits, exhibits, and enclosures**,

upon the courts and officials listed below:

**Service Method:**
☑ U.S. Mail – Certified / Return Receipt Requested (RRR)
☑ U.S. Mail – Certificate of Mailing
☑ Hand Delivery (where possible)

RECEIVED BY MAIL

OCT 2 9 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Recipients:**

- Kanabec County District Court — Mora, Minnesota

- Minnesota Court of Appeals — St. Paul, Minnesota

- Minnesota Supreme Court — St. Paul, Minnesota

- U.S. District Court, District of Minnesota — Hon. Chief Judge Patrick J. Schiltz

- Office of Governor Tim Walz — St. Paul, Minnesota

- Office of Attorney General Keith Ellison — St. Paul, Minnesota

- U.S. Attorney Andrew M. Luger — U.S. Attorney's Office, District of Minnesota

- Chief Justice Natalie Hudson — Minnesota Supreme Court

- Chief Judge Jennifer Frisch — Minnesota Court of Appeals

- Clerk Krista Rutherford-Block — Supreme Court Appellate Administration

- Any other parties of record or agencies listed in the attached Service Log

SCANNED

OCT 2 9 2025

U.S. DISTRICT COURT MPLS


Service was made in compliance with **Minn. R. Civ. P. 5.02, Minn. R. Civ. App. P. 125.02**, and **Fed. R. Civ. P. 5(b)**.

All rights reserved under the **Americans with Disabilities Act, 42 U.S.C. § 12132**, and **28 C.F.R. § 35.160**, which require **telephone confirmation of any hearings or orders** to **(320) 630-8143**.

Because these failures violate federal law and due-process standards, **all affected cases remain legally active and constructively open,** and **every procedural deadline, judgment, and enforcement action is hereby tolled and suspended** until full ADA-compliant notice is verified, documented, and entered on the record in conformity with the above authorities.

Executed this **15th day of October 2025.**

All rights reserved.

---

/s/ **Donald Gerard Sauvé**

Donald Gerard Sauvé — Pro Se Litigant / ADA Participant

2026 Hwy 23 • Mora, MN 55051

ADA Tel: (320) 630-8143